United States District Courts
Southern District Of Illinois

United States Of America )
        Respondent  )Case No.12-30020-DRH-002
    V             )
Denis Joiner         )
    Petitioner    )

Petition for Recommendation Pursuant
to 18 U.S.C.S. 3624 (C) (1) (2) and 3621 (e)
RDAP Completion for RRC and Home
Confinement Placement

Petitioner "Denis Joiner " comes to this Honorable Court and Judge for for a recommendation to the federal Bureau of prison Pursuant to 3624 (c) (1) (2) and 3621 (e) RDAP Completion RRC , Completion RRC ,H.C. Placement.

3624 (c) (1) (2) Pre-release Custody: (c) (1). In general , the Director of The Bureau of prisons shall to the extent practicable, insure that a prison serving a term of imprisonment spend a portion of the final months of that term (not to exceed 12 months ) under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepared for the re-entry of that prison into the community. Such condition may include a correctional facility.

3624 (c) (1) (2) Home confinement Authority (c) (2). The authority under this subsection may be used to place a prisoner in home confinement for the shorter or 10 percent of the term of the imprisonment of that prison or 6 months...

Early Release Procedures under 18 U.S.C.S. 3621 (e). Residential Re-Entry Center (RRC) Placement .Consideration may be given for up to the (maximum) period of placement in an (RRC) to include Home Confinement the (RRC) Placement allows for the the completion of the community TDAT component of R.D.A.P .Program completion in the community is a (critical) component of the RDAP.

Each warden is (strongly) encouraged to approve inmates who successfully completed RDAP for the RRC placement. Similarly, CCM's must, when possible, ensure that inmates required to participate in T.D.A.T. are placed in an (RRC) for the maximum time recommended by the warden, judge, unit manager...

## Conclusion

Petitioner Denis Joiner is asking an hoping that his Honorable Court and Judge recommend the the Federal Bureau of prisons that Denis Joiner receive the maximum time allowed ,under 18 U.S.C.S. 3624 (c) (1) (2) and 3621 (e) RDAP completion. Petitioner Denis Joiner is requesting that this Honorable court grants his request for relief by recommendation to the F.B.O.P . that he serves the last remaining 9 to 12 months in a (RRC) or (HMC). Due to the F.B.O.P. Policy and his achievements of completing R.D.A.P.

## Certificate of Service

Petitioner Certified that a copy of said petition has been dropped in the mail box on __4.18__ 2019 and sent to 750 Missouri Avenue East St .Louis Illinois 62201

Date: __4.18__ ,2019
c.c

Respectfully Submitted
Denis Joiner #44507-424
Metropolitan Correctional Center
71 W Van Buren
Chicago Il 60605
ProSe Litigant

DENIS JOINER 44507-424

```
  CCCAX            *           INMATE EDUCATION DATA          *     01-22-2019
PAGE 001 OF 001 *                  TRANSCRIPT                 *      18:05:42

REGISTER NO: 44507-424      NAME..: JOINER                FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: CCC-CHICAGO MCC

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
CCC  ESL HAS    ENGLISH PROFICIENT            04-08-2013 0001 CURRENT
CCC  GED HAS    COMPLETED GED OR HS DIPLOMA   09-09-2013 0001 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                     START DATE  STOP DATE EVNT AC LV  HRS
CCC CAD M  RPP3/ESTABLISH/REPAIR CREDIT    12-31-2018  CURRENT
CCC CAD M  TOTAL BODY FITNESS              01-17-2019  CURRENT
CCC CAD M  TOTAL BODY FITNESS              09-28-2018  12-10-2018  P  C  P    3
CCC CAD M  MOCK JOB FAIR                   08-30-2018  08-30-2018  P  C  P    4
CCC CAD M  CDL                             04-10-2018  06-25-2018  P  C  P   20
CCC CAD M  RPP3/ESTABLISH/REPAIR CREDIT    03-02-2018  04-19-2018  P  C  P    5
OXF        FCI PARENTING PROGRAM           01-25-2016  06-01-2017  P  C  P   16
OXF        FCI AB BLAST WELLNESS CLASS     02-14-2017  03-25-2017  P  C  P    5
OXF        RPP ANGER MANAGEMENT            01-23-2017  02-20-2017  P  C  P    6
OXF        JOB FAIR INFORMATION            03-30-2016  03-30-2016  P  C  P    4
OXF        RDAP AM MONDAY THRU FRIDAY      12-14-2015  09-19-2016  P  C  P  500
OXF DRUG   RESUME WRITING CLASS - FCI      01-16-2016  03-12-2016  P  C  P   16
OXF DRUG   RPP SEVEN STEP PROGRAM          03-11-2016  03-11-2016  P  C  P    8
PEK        LEAN BASICS                     07-30-2015  07-31-2015  P  C  P   16
PEK        UNFOLDING SHEET METAL           04-03-2015  04-03-2015  P  C  P    8
PEK        CORE TRAINING                   09-08-2014  11-07-2014  P  C  P    6
PEK        BASIC WELLNESS CLASS            10-07-2014  10-14-2014  P  C  P    2
PEK        NUTRITION CLASS - RECREATION    10-14-2014  10-15-2014  P  C  P    2
PEK        CORE TRAINING                   12-30-2013  02-28-2014  P  C  P    8
PEK        COUNSELOR GRP BUILD COM SKILLS  10-04-2013  12-05-2013  P  C  P   18
PEK        PARENTING FROM A DISTANCE       08-21-2013  09-16-2013  P  C  P   12
PEK        CAREER PREPARATION ACE          06-06-2013  08-21-2013  P  C  P   12

----------------------------- HIGH TEST SCORES ------------------------------
TEST        SUBTEST       SCORE    TEST DATE     TEST FACL   FORM    STATE
TABE D      BATTERY        6.4     09-04-2013    PEK         10
            LANGUAGE       7.4     09-04-2013    PEK         10
            MATH APPL      7.3     09-04-2013    PEK         10
            MATH COMP      5.3     09-04-2013    PEK         10
            READING        7.0     09-04-2013    PEK         10
            TOTAL MATH     6.2     09-04-2013    PEK         10




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Certificate of Achievement

## Anger Management

*This Certifies that:*

**DENIS JOINER**

Register #44507-424

Has Successfully Completed FCI Oxford's 6 Hour Anger Management Class and is hereby acknowledged with this Certificate of Recognition for his continued efforts and good standing in the class.

February 20, 2017

R. Kaminsky
Correctional Counselor

# Certificate of Completion

Let it be known that

## Denis Joiner

has completed all required course work for the Building Communication Skills Group

December 4, 2013

_____
C. Newman, Counselor

# Certificate of Completion

This certificate is presented to

## Dennis Joiner

For completion of

## Parenting from a Distance

Consisting of 10 hours of instruction

On this the 16th day of August, 2013

Federal Correctional Institution

Pekin, IL

William Creek, SOE

M. Clementz, Parenting Coordinator



# Certificate of Achievement

Presented to

**DENIS JOINER**

For successfully completing the residential portion of the

**Residential Drug Abuse Treatment Program**

This milestone, while significant, is not the completion of the treatment requirements. DENIS JOINER is hereby eligible to move forward to the follow-up and/or community treatment components of RDAP.

9/19/16
Date

Dr. K. Riem, DAP Coordinator
FCI OXFORD

# Certificate of Achievement

Presented to

## Denis Joiner

For completion of the FCI-Oxford Comprehensive Parenting Program

June 1, 2017

_N. Stepanski_
Parenting Coordinator

# Résumé Preparation Class

This Certificate is awarded to **Denis Joiner** for successful completion of Résumé Preparation Class.

March 31, 2016

R. Anderson, Education
FCI – Oxford
Education Department

# Certificate of Achievement

this certifies that

## Denis Joiner

Has successfully completed
Credit Repair Class

This certificate is hereby issued this 18th day of April 2018

METROPOLITAN CORRECTIONAL CENTER, CHICAGO, ILLINOIS



CERTIFICATE OF COMPLETION

This certificate is awarded to

# DENIS JOINER

NON-RESIDENTIAL SUBSTANCE USE DISORDER TREATMENT: BREAKING THE CYCLE GROUP

Approximately 21.5 hours

This certificate is hereby issued this 10th Day of July, 2018

D. Greenstein, Psy.D. Drug Abuse Program Coordinator

# Certificate of Completion

This certificate is presented to

**Denis Joiner**

For completion of

**Career Preparation**

On this 21st day of August, 2013

Federal Correctional Institution

Pekin, IL

M. Clementz, ACE Coordinator

William Creek, SOE



# Certificate of Completion

Let it be known that

## Denis Joiner

has satisfactorily completed all required course work and testing for the:

**Freedom From Drugs**
**Drug Abuse Education Class**

On this 29th Day of July, 2013

_S. Rhodes, Drug Treatment Specialist_

# Certificate of Achievement

Presented to

**DENIS JOINER**

For successfully completing twelve months of the Follow-Up Aftercare portion of the

**Residential Drug Abuse Treatment Program**

09/9/17
Date

S. Romanchak, DTS
FCI Oxford

This milestone, while significant, is not the completion of the treatment requirements. DENIS JOINER is hereby eligible to move forward to the community treatment component of RDAP