

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**TEL: 618.482.9371**
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

May 6, 2020

Clerk of Court
U.S. District Court
219 South Dearborn St
Chicago, IL 60604

Re:    Denis M. Joiner
       Our Case No. 12-30020-002-NJR

Dear Clerk:

On April 29, 2020, the Honorable Chief Judge Nancy Rosenstengel, United States District Judge, ordered the transfer of probation/supervised release over Denis M. Joiner to the Northern District of Illinois.

You may access our electronic case file to obtain the documents you need at the following web address: http://ecf.ilsd.uscourts.gov.  If you are unable to access our electronic case file using your PACER account, obtain a guest login and password by contacting our office at (618) 482-9371.

Please acknowledge receipt of this information by returning a signed copy of this letter.

Very truly yours,


*s/Catina Simpson*
Deputy Clerk



CR-12
Rev.4/12